AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ALICIA INZUNZA-AYALA | CASE NUMBER: 08 CR 697 LAB |

I, ALICIA INZUNZA-AYALA, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/11/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alicia Inzunza Ayala_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER